COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ROY GENTRY CLARKE, | § | No. 08-23-00016-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | 73rd Judicial District Court |
| REXANN PASSMORE CLARKE, | § | of Bexar County, Texas |
| Appellee/Cross-Appellant. | § | (TC#2019-CI-07923) |
| | § | |

## **MEMORANDUM OPINION**

This appeal is before the Court on Appellee/Cross-Appellant's unopposed motion to waive and abandon her cross appeal only, which we construe as a motion to voluntarily dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).[1] *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the cross-appeal are taxed against Appellee/Cross-Appellant. TEX. R. APP. P. 42.1(d).

YVONNE T. RODRIGUEZ, Chief Justice

September 28, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.